IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE ASSOCIATED PRESS**<br>200 Liberty St.<br>20th Floor<br>New York, NY 10281<br><br>and<br><br>**MICHELLE SMITH**<br>c/o The Associated Press<br>200 Liberty St.<br>20th Floor<br>New York, NY 10281<br><br>       Plaintiffs,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF STATE**<br>2201 C St. NW<br>Washington, D.C. 20451<br><br>       Defendant. | Civil Action No. _____ |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

The Associated Press ("AP") and Michelle Smith ("Smith") (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby allege as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA" or the "Act"), for declaratory, injunctive, and other appropriate relief brought by The Associated Press and Smith against the United States Department of State ("Defendant" or "State Department").

2. By this action, Plaintiffs seek to compel Defendant to comply with its obligations under FOIA to release requested State Department records. Plaintiffs are statutorily entitled to disclosure of the requested records, which Defendant is withholding in violation of the Act.

## PARTIES

3. Plaintiff The Associated Press is a not-for-profit news cooperative. The Associated Press's members and subscribers include the nation's newspapers, magazines, broadcasters, cable news services and Internet content providers. AP's world headquarters is in New York, New York.

4. Plaintiff Michelle Smith is a reporter at The Associated Press. She resides in Providence, Rhode Island.

5. Defendant United States Department of State is an agency of the federal government within the meaning of 5 U.S.C. § 551 and 5 U.S.C. § 552(f) that has possession, custody, and/or control of the records that Plaintiffs seek. The State Department's headquarters is located in Washington, D.C.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action and personal jurisdiction over Defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

7. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## FACTS

### Plaintiffs' FOIA Request

8. On September 20, 2023, Ms. Smith, in her capacity as a reporter for AP, submitted a FOIA request to the State Department (the "Request"). A true and correct copy of the Request submission confirmation, with a redaction to Ms. Smith's phone number, is attached hereto as **Exhibit 1**, and is incorporated by reference.

9. As submitted, the Request sought two categories of records:

    I. All records related to the visit of Robert F. Kennedy, Jr., to Samoa on or about June 1, 2019, including emails, letters, messages, memos sent to, from or among, or produced by staff at the US embassy in Samoa; and

2

II. For the time period from July 1, 2018, through Dec 31, 2019, all communications involving US embassy in Samoa embassy staffer Benjamin ("Benj") Harding on all platforms including emails, text messages, Facebook, Instagram, Telegram and all other platforms, in which the following were discussed:

--Measles

-- Vaccine

--Vaccination

--Immunization

--Shot

--MMR

--Kennedy

--RFK Jr.

--Children's Health Defense

-- CHD

--Edwin Tamasese

--childrenshealthdefense.org

--Cheryl Hines

--Taylor Winterstein

--Tays Way.

Ex. 1.

10. The Request sought a fee waiver and set forth facts and argument in support thereof. Ex. 1.

11. The Request sought expedited processing and set forth facts and argument in support thereof. Ex. 1.

12. By email dated July 31, 2024, the State Department informed Ms. Smith that that it had located "over 1000 potentially responsive records" in response to the Request. A true and correct copy of that email is attached hereto as **Exhibit 2**.

13. The State Department's email asked if Plaintiffs could "narrow the scope" of the Request. Ex. 2.

14. Smith and the State Department subsequently exchanged emails regarding the scope of the Request on August 1 and 2, 2024.

15. By email dated August 2, 2024, Smith informed the State Department that the second part of the Request would be narrowed to "only look for things sent/posted by Mr. Harding." Smith instructed Defendant not to "modify any part of the first part" of the Request "about Mr. Kennedy[']s visit." A true and correct copy of Smith's August 2, 2024 email, with a redaction to Ms. Smith's phone number, is attached hereto as **Exhibit 3**, and is incorporated by reference.

16. By email dated August 2, 2024, the State Department stated that it would "proceed with [the] request and reach out to [Smith] once [it had] completed the search." A true and correct copy of that August 2, 2024 email is attached hereto as **Exhibit 4.**

17. By email dated August 26, 2024, Smith followed up with the State Department and asked for an estimated date of completion for the Request. A true and correct copy of that August 26, 2024 email, with redactions to Ms. Smith's phone number, is attached hereto as **Exhibit 5.**

18. By email dated December 3, 2024, the State Department informed Smith that the "search had been completed" and "[the] case is waiting to be assigned to an analyst for review of the 1,000+ pages of material." The email further stated that "your estimated completion date is

still February 2026." A true and correct copy of that December 3, 2024 email is attached hereto as **Exhibit 6.**

19. On December 6, 2024, Brian Barrett ("Barrett"), Associate General Counsel for AP, responded to the State Department's December 3, 2024 email. A true and correct copy of that email, with a redaction to Mr. Barrett's phone number, is attached hereto as **Exhibit 7**, and is incorporated by reference.

20. Barrett's December 6, 2024 email expressed concern with the State Department's handling of the Request and the estimated completion date of February 2026, noting the absence of any legal basis for such a delay and the public interest in the records sought by the Request. Ex. 7.

21. Barrett's December 6, 2024 email further requested an immediate substantive determination, and offered to discuss the Request further over the phone. Ex. 7.

22. As of the filing of this Complaint, the State Department has not responded to Barrett's December 6, 2024 email.

## Current Status of Plaintiffs' Request

23. As of the filing of this Complaint, Plaintiffs have received no further communication from the State Department regarding the Request.

24. As of the filing of this Complaint, Plaintiffs have not received a determination from the State Department regarding the Request.

25. As of the filing of this Complaint, Plaintiffs have not received any records from the State Department responsive to the Request.

26. As of the filing of this Complaint, the Request has been pending for approximately 665 days.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF FOIA
### FOR FAILURE TO COMPLY WITH STATUTORY DEADLINES

27. Plaintiffs repeat, reallege, and incorporate the allegations set forth in the foregoing paragraphs as though fully set forth herein.

28. Defendant is an agency subject to FOIA. 5 U.S.C. §§ 552(f), 551.

29. The Request properly seeks records under FOIA that are within the possession, custody, and/or control of Defendant.

30. The Request complied with all applicable regulations regarding the submission of FOIA requests.

31. Defendant failed to make a determination regarding the Request within the statutory deadlines required by FOIA. 5 U.S.C. § 552(a)(6)(A).

32. Defendant's failure to make a determination with respect to the Request within FOIA's statutory deadlines violates its obligations under FOIA. 5 U.S.C. § 552(a)(6)(A).

33. Plaintiffs have or are deemed to have exhausted applicable administrative remedies with respect to the Request. 5 U.S.C. § 552(a)(6)(C)(i).

### COUNT II: VIOLATION OF FOIA
### FOR UNLAWFUL WITHHOLDING OF AGENCY RECORDS

34. Plaintiffs repeat, reallege, and incorporate the allegations set forth in the foregoing paragraphs as though fully set forth herein.

35. Defendant is an agency subject to FOIA. 5 U.S.C. §§ 552(f), 551.

36. The Request properly seeks records under FOIA that are within the possession, custody, and/or control of Defendant.

37. The Request complied with all applicable regulations regarding the submission of FOIA requests.

38. Defendant has not released any records or portions thereof in response to the Request.

39. Defendant has not cited any exemptions to withhold records or portions thereof that are responsive to the Request.

40. Defendant has not identified how it is reasonably foreseeable that disclosure of each of the records or portions thereof sought by the Request would harm an interest protected by a FOIA exemption and/or why disclosure is prohibited by law. 5 U.S.C. § 552(a)(8)(A).

41. Records responsive to the Request are required to be released under FOIA.

42. Defendant has improperly withheld agency records responsive to the Request, in violation of FOIA. 5 U.S.C. § 552(a)(3)(A).

43. Plaintiffs have or are deemed to have exhausted applicable administrative remedies with respect to the Request. 5 U.S.C. § 552(a)(6)(C)(i).

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiffs respectfully requests this Court:

(1) order Defendant to conduct a search reasonably calculated to identify all records responsive to the Request;

(2) enjoin Defendant from withholding all records or portions thereof responsive to the Request that may not be withheld under FOIA;

(3) issue a declaration that Plaintiffs are entitled to disclosure of the requested records;

(4) issue a declaration that Defendant's failure to provide a timely determination in response to the Request violates its obligations under FOIA;

(5) award Plaintiffs reasonable attorney fees and costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

(6) grant such other relief as the Court may deem just and proper.

Dated: July 16, 2025

Respectfully submitted,

*/s/ Adam A. Marshall*
Adam A. Marshall
DC Bar No. 1029423
Email: amarshall@rcfp.org
Ellen Goodrich
DC Bar No. 90017843
Email: egoodrich@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9303
Facsimile: 202.795.9310

*Counsel for Plaintiffs*