CO-386
10/2018

# United States District Court
# For the District of Columbia

The Associated Press and Michelle Smith )
)
)
)
             Plaintiff )
vs )
United States Department of State )
)
)
             Defendant )

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __The Associated Press_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Associated Press_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Adam A. Marshall
_____
Signature

1029423
_____
BAR IDENTIFICATION NO.

Adam A. Marshall
_____
Print Name

1156 15th St. NW, Suite 1020
_____
Address

Washington, DC 20005
_____
City        State        Zip Code

202-795-9308
_____
Phone Number